**FILED**

FEB 0 6 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A GRAY FORD F250, WITH LICENSE PLATE 19059A2, VIN # 1FT7W2B63GEB77827 | CASE NO. 2:17-SW-0775 KJN<br><br>[~~PROPOSED~~] ORDER UNSEALING TRACKING WARRANT AND APPLICATION |

The government's request to unseal the application and tracking warrant in the above case is GRANTED.

SO ORDERED.

DATED: Feb 6, 2018

HON. KENDALL J. NEWMAN
U.S. Magistrate Judge